UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☒ First _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Felix Luis Morales Bello    JOINT DEBTOR: Guadalupe Vidal Perez    CASE NO.: 21-17353-RAM

SS#: xxx-xx-1503    SS#: xxx-xx-7148

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $243.00 for months 1 to 48;

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

| Total Fees: $5,175.00 | Total Paid: $1,100.00 | Balance Due: $4,075.00 |
|---|---|---|

Payable $203.75 /month (Months 1 to 20)

Allowed fees under LR 2016-1(B)(2) are itemized below:
$4500.00 Safe Harbor + $150.00 Cost + $525.00 MTM

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

A. **SECURED CLAIMS:** ☒ NONE

B. **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. REAL PROPERTY: ☒ NONE
2. VEHICLES(S): ☒ NONE
3. PERSONAL PROPERTY: ☐ NONE

| 1. Creditor: Quantum3 Group LLC as agent for Comenity Capital Bank | Value of Collateral: $500.00 | **Payment** |
|---|---|---|
| Address: Po Box 2489 Kirkland, WA 98083 | Amount of Creditor's Lien: $4,793.00 | Total paid in plan: $555.36 |
| | Interest Rate: 5.25% | $11.57 /month (Months 1 to 48) |
| Last 4 Digits of Account No.: 3535 | | |
| Description of Collateral: Sectional (poc 15) | | |
| Check one below: <br> ☐ Claim incurred less than one year pre-petition <br> ☒ Claim incurred 1 year or more pre-petition | | |

C. **LIEN AVOIDANCE**  ☒ NONE

D. **SURRENDER OF COLLATERAL:**  ☒ NONE

E. **DIRECT PAYMENTS**  ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | EMVLP, LLC c/o Moss & Barnett-SED | 4748 | 2013 Dodge Charger |
| 2. | Lakeview Loan Servicing, LLC LoanCare, LLCLakeview Loan Servicing, LLC LoanCare, LLC | 6704 | 10517 NW 37th Ave. Miami, FL 33147 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☐ NONE

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: $821.92 | Total Payment $821.92 |
|---|---|
| Payable: $3.38 /month (Months 1 to 20) | |
| Payable: $188.58 /month (Months 21 to 24) | |

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

A. Pay $30.12 /month (Months 21 to 24)

Pay $218.70 /month (Months 25 to 48)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

VI. **STUDENT LOAN PROGRAM** ☒ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE

Debtor(s): Felix Luis Morales Bello, Guadalupe Vida   Case number: 21-17353-RAM

| | | |
|---|---|---|
| VIII. | **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE | |
| IX. | **NON-STANDARD PLAN PROVISIONS** ☒ NONE | |

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor _____ Date
Felix Luis Morales Bello

_____ Joint Debtor _____ Date
Guadalupe Vidal Perez

/s/ Desiree Calas-Johnson, Esq.          November 11, 2021
Attorney with permission to sign on              Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**